■ The People of the State of New York, Respondent, v David Burton, Appellant. (Appeal No. 2.) [652 NYS2d 565] —Judgment unanimously affirmed. Same Memorandum as in *People v Burton* (234 AD2d 972 [decided herewith]). (Appeal from Judgment of Monroe County Court, Bristol, J.—Violation of Probation.) Present—Denman, P. J., Pine, Wesley, Doerr and Balio, JJ.